UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-146-GWU

AMY JO LITTLE, PLAINTIFF,

VS. **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

* * * * * * * * * * * *

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)  the Defendant's motion for summary judgment is GRANTED;

(2)  the Plaintiff's motion for summary judgment is DENIED; and

(3)  the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the 2nd day of April, 2008.



Signed By:

_G. Wix Unthank_

**United States Senior Judge**