UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-146-GWU

AMY JO LITTLE,                                                               PLAINTIFF,

VS.                               **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                  DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \* \*

In compliance with Fed. R. Civ. P. 58, and pursuant to Sentence Four of 42 U.S.C. Section 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)     the administrative decision is AFFIRMED; and

(2)     the above-styled action is STRICKEN from this Court's active docket.

This the 2nd day of April, 2008.



Signed By:

*G. Wix Unthank*

**United States Senior Judge**